THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ANIELLO NAPOLITANO, Respondent.

(Argued May 28, 1935; decided June 11, 1935.)

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for appellant.

*Peter L. F. Sabbatino* and *Edward J. Fontana* for respondent.

Judgment and order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.